**Order filed July 28, 2016**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-16-00341-CV
_____

### IN THE INTEREST OF A.G. AND A.F.G., CHILDREN

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-01065**

---

## O R D E R

This is an appeal from a judgment signed April 1, 2016. The notice of appeal was filed on April 22, 2016. The filing fee has been paid, and the reporter's record has been filed.

However, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellant, **Jaime Guevara**, did not make arrangements to pay for the record. On June 20, 2016, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant

has not provided this court with proof of payment for the record.

Accordingly, the court **ORDERS** as follows:

Appellant, **Jaime Guevara**, is ordered to provide proof to this court of payment for the clerk's record on or before **August 8, 2016.** *See* Tex. R. App. P. 37.3(b). If appellant fails to timely provide such proof in accordance with this order, the appeal will be dismissed.

PER CURIAM